```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN L. BOWDEN,

            Plaintiff,                    08 Civ. 7777 (JSR) (DF)

    -against-                        **ORDER**

THEODORA KAY-NJAMANZE, M.D., et al,

            Defendants.
------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

    It is hereby ORDERED that Defendant's counsel shall make arrangements for Plaintiff to participate in a telephone conference call with both parties and the Court on April 12, 2010, at 10:00 a.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
       April 5, 2010

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

Copies to:

Mr. John L. Bowden
09-A-2631
Downstate Correctional Facility
Box F
Red Schoolhouse Road,
Fishkill, NY 12524

Paul Haberman, Esq.
Heidell, Pittoni, Murphy & Bach, LLP.
99 Park Avenue
New York, NY 10016