USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN L. BOWDEN,

                Plaintiff,

           -against-

DEPUTY WARDEN JONES,
DR. CURBELO,
CAPT. ELLIS,

                Defendants.
------------------------------------------------------------X

08 Civ. 7777 (JSR) (DF)

**ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

This Court having held a telephone conference on April 12, 2010, with Plaintiff, *pro se*, and counsel for Defendants, it is hereby ORDERED, as stated on the record at the conference, that:

    1.    The Court's *Pro Se* Office is directed to arrange for the issuance of a Third Amended Summons, and to provide Plaintiff with a copy of the Second Amended Complaint, together with the Third Amended Summons and any other forms necessary to allow Plaintiff to request that the United States Marshal effect service on defendant Captain Ellis on Plaintiff's behalf, in any manner permitted by the Federal Rules of Civil Procedure.

    2.    Any motions to amend the pleadings or to join additional parties shall be filed no later than June 30, 2010.

    3.    The parties shall complete fact discovery no later than September 30, 2010.

4.      Defendants' counsel shall make arrangements for Plaintiff to participate in a telephone conference call with the parties and the Court on July 9, 2010, at 10:00 a.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
       April 19, 2010

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

*Pro Se* Office

Mr. John L. Bowden
09-A-2631
Attica Correctional Facility
Box 149
Attica, NY 14011

Paul Haberman, Esq.
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
New York, NY 10016